# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143652

DIANE BIES-RICE,
        Plaintiff-Appellee,

v

                                    SC: 143652
                                    COA: 304313
                                    Wayne CC: 08-100728-DO

ALVIN FOSTER RICE, JR.,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 12, 2011 and August 16, 2011 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

d1114

_____
Clerk